D/F

# LEVENTHAL & KLEIN, LLP
### ATTORNEYS AT LAW
### 45 MAIN STREET, SUITE 820
### BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ADMITTED IN NY & NJ

T (718) 722-4100
F (718) 222-2889

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301
(718) 556-9600

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 22 2006 ★

BROOKLYN OFFICE

August 16, 2006

**BY ECF**

The Honorable Joan M. Azrack
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  G. Scott Walsh v. City of New York, et al.
     CV 05 4251 (DGT)(JMA)
     BMC

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. This is to confirm my conversation with Your Honor's chambers today that the parties are requesting an adjournment of the settlement conference scheduled for August 28, 2006 at 1:00 p.m., to October 5, 2006 at 12:00 p.m.

The reason for this request is that the parties have determined that certain depositions will be required in advance of any meaningful settlement discussions. The requested adjournment will provide the parties the necessary time to schedule and complete all such discovery in contemplation of the October 5th proceedings.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein (BK4744)

cc:  A.C.C. Eric Eichenholtz

Settlement Conference Adj. to
Oct. 5, 2006 at 12:00 pm.

08/17/06

s/Joan M. Azrack

WWW.LEVENTHALKLEIN.COM